UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ADRIANA ROJAS,** individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>**GRAYSON BENTLEY, INC. d/b/a BUTTERCLOTH,**<br><br>   Defendant. | Case No.  1:22-cv-21289-FAM |

**REMOVAL STATUS REPORT**

  Pursuant to the Court's Notice of Court Practice in Removal Cases (Doc. 10), Defendant Grayson Bentley, Inc. d/b/a Buttercloth submits the following Removal Status Report.

  1. <u>Nature of the Claims</u>

  Plaintiff has filed a putative class action against Buttercloth alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Florida Telephone Solicitation Act, Fl. Stat. § 501.059.  Plaintiff's TCPA and FTSA claims both arise from text messages sent by Buttercloth to Plaintiff's cellular telephone number allegedly without Plaintiff's consent.  Plaintiff also alleges that Buttercloth's text messages failed to comply with the TCPA's regulations concerning the identification of the caller.  Plaintiff seeks to represent a putative class of individuals in the United States who received similar text messages from Buttercloth.

  Plaintiff is claiming statutory damages against Buttercloth of $500-$1,500 per text message sent in alleged violation of the TCPA and/or FTSA.  Plaintiff also seeks injunctive relief "requiring Defendant to cease all telephonic sales calls made without express written consent."

  At this time, there have been no counterclaims, cross-claims, or third party claims made in state or federal court.

2. <u>Grounds for Removal</u>

Buttercloth has removed this action on the basis of this Court's original jurisdiction over Plaintiff's TCPA claims (28 U.S.C. § 1331), and supplemental jurisdiction over Plaintiff's FTSA claims (28 U.S.C. § 1367). See Notice of Removal (Doc. 1) at ¶¶ 3-7.

The parties to this action are Plaintiff Adriana Rojas, and Defendant Grayson Bentley, Inc. d/b/a Buttercloth.

3. <u>Pending Motions</u>

There are no pending motions in this action at this time.

4. <u>Joinder in Notice of Removal</u>

Buttercloth is the only named defendant in this case, so there are no other defendants to join in Buttercloth's notice of removal.

5. <u>Timeliness of Removal</u>

Buttercloth timely filed its notice of removal within 30 days of being served with process on April 5, 2022. See Notice of Removal (Doc. 1) at ¶ 2.

DATED: May 17, 2022

Respectfully submitted,

BUCHALTER
A Professional Corporation

By: /s/ *Artin Betpera*
    Artin Betpera, Esq.
    Fla. Bar. No. 49535
    BUCHALTER
    18400 Von Karman Avenue, Suite 800
    Irvine, California, 92612
    Tel: 949-760-1121
    Fax: 949-720-0182
    Email: abetpera@buchalter.com

    *Attorneys for Defendant Grayson Bentley, Inc. d/b/a Buttercloth*