UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADRIANA ROJAS, individually and on behalf of all
others similarly situated,

                                                      **Case No. 1:22-cv-21289-FAM**

*Plaintiff*,

vs.

GRAYSON BENTLEY, IN.C, d/b/a
BUTTERCLOTH,

*Defendant*.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Adriana Rojas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Adriana Rojas, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 20, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

> Respectfully submitted,
>
> **SHAMIS & GENTILE, P.A.**
> 14 NE 1st Ave., Suite 705
> Miami, FL 33132
> Telephone (305) 479-2299
> Facsimile (786) 623-0915
> Email: ashamis@shamisgentile.com
>
> By:   */s/ Andrew J. Shamis*
>        Andrew J. Shamis, Esq.
>        Florida Bar # 101754
>
>
>        *Counsel for Plaintiff and the Class*